**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GUSTAVO SURINACH,

                        Plaintiff,

              -against-

MC LEASE LLC et al.,

                       Defendant.
-----------------------------------------------------------------X

**ORDER**

**25-CV-8286 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Discovery in this case is now closed.  Dkt. No. 12.  The Parties are to file a joint status letter by **June 1, 2026** indicating (1) whether the Parties are interested in settlement; (2) whether either Party intends to move for summary judgment and if so, propose a briefing schedule; and (3) if neither Party intends to move for summary judgment then the Parties should propose a trial date.

     SO ORDERED.

DATED:    New York, New York
           May 22, 2026

                                 _____
                                 JENNIFER E. WILLIS
                                 United States Magistrate Judge